

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

December 13, 2023

**BY ECF AND EMAIL**
The Honorable Judith C. McCarthy
United States Magistrate Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    ***United States v. Jahreek Bush*, 23. Cr. 545 (KMK)**

Dear Judge McCarthy:

    The Government has determined that it will appeal the Court's pretrial detention ruling as to defendant Jahreek Bush in the above-captioned case. Accordingly, the Government respectfully requests that the Court consider a brief stay pending the Government's appeal. The Government has informed defense counsel of its forthcoming appeal and request for a stay and has been advised by defense counsel that the defendant does not consent to a stay pending appeal.

**SO ORDERED:**
Application granted in part. The Court stays its decision until December 18, 2023.

_____  12-13-23
JUDITH C. McCARTHY
United States Magistrate Judge

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

*/s/ Kathryn Wheelock*
Kathryn Wheelock
Assistant United States Attorney
Southern District of New York
(914) 993-1966

cc:    Elizabeth Quinn, Esq. (by ECF and email)