UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States of America,

    -against-  ORDER

                                                          Docket No. 23 CR 00545 (KMK)

Jahreek Bush,

        Defendant.

-------------------------------------------------------x

KARAS, U.S. DISTRICT JUDGE:

Theodore Samuel Green is to assume representation of the defendant in the above captioned matter as of December 29, 2023. Mr. Green is appointed pursuant to the Criminal Justice Act. His address is Green & Willstatter, 200 Mamaroneck Avenue, Suite 605, White Plains, NY 10601, phone number (914) 948-5656, Email: theosgreen@msn.com Elizabeth K. Quinn is relieved as counsel.

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
         December 29, 2023