# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: THEOSGREEN@MSN.COM

December 29, 2023

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York   10601

re: *United States v. Jahreek Bush*, 23-cr-545 (KMK)

Dear Judge Karas:

      This letter is an application to extend the deadline for defense counsel to file a status letter to January 19, 2024. On December 4, 2023, the Court had directed defense counsel to submit such a status letter by December 29, 2023, and excluded time to that date. Since then, I have been substituted as counsel for Mr. Bush. Accordingly, I ask that the deadline for a status letter be extended to January 19. I consent to the exclusion of speedy-trial time to that date.

Granted.

So Ordered.
/s/
12/29/23

Very truly yours,

/a/ *Theodore S. Green*
Theodore S. Green

cc: All counsel (by ECF)