# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                              Plaintiff,

     -against-

JAHREEK BUSH.

                            Defendant.
-----------------------------------------------------------------X

**SCHEDULING ORDER**

23 Cr. 545 (KMK)

The Status Conference scheduled for March 13, 2024 at 10:30 a.m. before Magistrate Judge Judith C. McCarthy is canceled.

Dated: January 3, 2024
       White Plains, New York

                                               **SO ORDERED:**

                                               _____
                                               JUDITH C. McCARTHY
                                               United States Magistrate Judge