UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JAHREEK BUSH,

              Defendant.

No. 23-CR-545 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    For the reasons stated on the record during the Court's June 11, 2024, hearing, the Defendant's Motion to Suppress is denied. The Clerk of the Court is respectfully requested to terminate the pending motion at Dkt. No. 27.

SO ORDERED.

Dated:   June 11, 2024
           White Plains, New York

                                            KENNETH M. KARAS
                                           United States District Judge