UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES, <br><br> v. <br><br> JAHREEK BUSH, <br><br> Defendant. | No. 23-CR-545 (KMK) <br><br> SCHEDULING ORDER |

KENNETH M. KARAS, District Judge:

The Court adopts the following schedule:

The jury selection and trial in this Action will begin on Monday, July 22, 2024, at 9:30 A.M. in Courtroom 521 at 300 Quarropas Street, White Plains, New York, 10601.

The Government shall produce to Defendant any evidence it will seek to introduce at trial pursuant to Federal Rule of Evidence 404(b) and an accompanying Memorandum of Law, if necessary, by June 28, 2024.  Defendant shall file a response to the Government's 404(b) motion, if necessary, by July 10, 2024.  The Government shall file its reply, if necessary, by July 17, 2024.

The Government shall produce to Defendant pre-marked exhibits it intends to introduce as part of its case-in-chief at trial by June 28, 2024.  The Government shall ensure that Defendant is given an opportunity to view any sensitive evidence it will seek to introduce at trial which the Government cannot send to Defendant.

The Government shall produce to Defendant any material pursuant to 18 U.S.C. § 3500 and *Giglio* by July 8, 2024.

The Parties' motions *in limine* are due by July 10, 2024.  Responses to motions *in limine* are due by July 17, 2024.  Failure to object will waive any subsequent objections.

The Parties' proposed jury instructions, voir dire, and proposed verdict form are due by July 12, 2024.

Defendant is also reminded of his obligations under Fed. R. Crim. P. 16, which imposes a duty upon the Defendant to "disclose to the government, in writing, the information required by (iii) for any testimony that the defendant intends to use under Federal Rule of Evidence 702, 703, or 705 during the defendant's case-in-chief at trial." Defendant must make such disclosures by no later than July 1, 2024.

The Court will hold a final pre-trial Conference on July 19, 2024, at 10:00 A.M.

Time is excluded from the Speedy Trial Act until July 22, 2024, in the interests of justice. *See* 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

DATED:   June 13, 2024
         White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE