UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

United States of America,

    -against-

Jahreek Bush,

           Defendant.

--------------------------------------------------------x

ORDER

Docket No. 23 CR 00545 (KMK)

KARAS, U.S. DISTRICT JUDGE:

    Stephen Lewis, Esq. is to assume representation of the defendant in the above captioned matter as of October 17, 2024. Mr. Lewis is appointed pursuant to the Criminal Justice Act. His address is 81 Main Street, Suite 400, White Plains, NY 10601, phone number 914-683-5185, Email: stephenlewisesq@gmail.com

Theodore Green is relieved as counsel.

SO ORDERED

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       October 21, 2024