UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

        Plaintiff,

-v-

Jahreek Bush,

        Defendant.

23-CR-00545 (KMK)

CALENDAR NOTICE

Please take notice that the above captioned action has been scheduled for oral argument on Defendant's Motion for New Trial before the Honorable Kenneth M. Karas, United States District Judge, on Thursday, February 20, 2025 at 2:00 p.m. in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Dated: January 17, 2025
White Plains, New York

So Ordered

Kenneth M. Karas, U.S.D.J