UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States of America,

    -against-

Jahreek Bush,

          Defendant.

-------------------------------------------------------x

ORDER

Docket No. 23 CR 545 (KMK)

KARAS, U.S. DISTRICT JUDGE:

    Calvin H. Scholar, Esq. is to assume representation of the defendant in the above captioned matter as of January 30, 2025. Mr. Scholar is appointed pursuant to the Criminal Justice Act. His address is The C.H. Scholar Law Firm, P.L.L.C., 225 Broadway, Suite 715, New York, NY 10007, phone number 212-323-6922, Email: chscholar@aol.com Stephen R. Lewis is relieved as counsel.

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       January 31, 2025