

**CH SCHOLAR**
LAW FIRM, P.L.L.C

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

February 12, 2025

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601

RE:   *United States v. Jahreek Bush*
      23 Cr. 545-1 (KMK)

Dear Judge Karas:

On January 31, 2025, I was appointed to represent the defendant Jahreek Bush in the above referenced matter pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. Oral argument on the defendant's motion for a new trial had been scheduled for February 20, 2025. As I am newly appointed to the instant case, I write respectfully to request an adjournment of the oral argument. The additional time is necessary to continue to review the case materials and meet with Mr. Bush. I have conferred with the Government and the prosecution does not oppose this request for an adjournment. If the matter will be adjourned, the parties would be available the week of March 24, 2025 or after May 1, 2025 or anytime thereafter that is convenient for the Court.

The Court's time and consideration of this request are greatly appreciated.

Granted. The oral argument is adjourned to
5/ 6 /25, at 2:00

So Ordered.
2/12/25

Respectfully submitted,

/s/

Calvin H. Scholar

cc:   United States Attorney for the
      Southern District of New York