

**CH SCHOLAR**
LAW FIRM, P.L.L.C.

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

June 3, 2025

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

RE:   *United States v. Jahreek Bush*
      23 Cr. 545-1 (KMK)

Dear Judge Karas:

I have been appointed to represent the defendant Jahreek Bush in the above referenced matter pursuant to the provisions of the Criminal Justice Act ("CJA"}, 18 U.S.C. § 3006. Sentencing has been scheduled for July 31, 2025. However, Mr. Bush has not agreed to meet with Probation for a Presentence Interview. Counsel met with Mr. Bush in person to discuss the Presentence Interview and other matters before the conference that was held on May 6, 2025 and I met with him again in person on May 12, 2025. Thereafter, Westchester County Jail personnel advised that Mr. Bush refused to attend an interview on May 13, 2025 and then again on May 19, 2025. I write respectfully to request that the Court schedule a conference with Mr. Bush at the Court's convenience. I have conferred with the Government and the prosecution does not object to a conference. If the Court deems that a conference is necessary, the parties would be available on June 17, 2025 after 2:00 pm or on June 20, 2025 any time after 12:00 pm.

The Court will hold a pre-motion conference on 6/ 20 /25, at 2.00

So Ordered.
6/4/25

Respectfully submitted,

/s/

Calvin H. Scholar

cc:   AUSA Benjamin Levander
      AUSA Margaret Vasu
      USPO Jill Spitalieri